UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>23-MJ-8268-WM</u>

UNITED STATES OF AMERICA

vs.

Blacido CHAJ-GONZALEZ,
  a/k/a "Gabino Chaj-Gonzalez,"

  Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?  **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Robin W. Waugh
Assistant United States Attorney
FL Bar No. 0537837
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561)820-8711
Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 23-MJ-8268-WM |
| Blacido CHAJ-GONZALEZ, | ) |
| a/k/a "Gabino Chaj-Gonzalez," | ) |
| *Defendant* | ) |

FILED BY ___SW___ D.C.

**May 24, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of   May 22, 2023,   in the county of   Palm Beach   in the   Southern   District of   Florida  , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) | Illegal Re-entry After Removal or Deportation |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, TFO, DHS-HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: May 23, 2023

_____
*Judge's signature*

City and state:   West Palm Beach, Florida     William Matthewman, U.S. Magistrate
*Printed name and title*
Judge

23-MJ-8268-WM

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Blacido CHAJ-GONZALEZ, also known as Gabino Chaj-Gonzalez, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about May 22, 2023, Blacido CHAJ-GONZALEZ was arrested in Palm Beach County, Florida for the offenses of driving under the influence, driving without valid driver's license, and outstanding warrant for failure to appear for arraignment in unrelated misdemeanor case. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Blacido CHAJ-GONZALEZ is a native and citizen of Guatemala. Records further show that on or about

1

23-MJ-8268-WM

March 19, 2018, Blacido CHAJ-GONZALEZ was ordered removed from the United States. The Order of Removal was executed on or about April 4, 2018, whereby Blacido CHAJ-GONZALEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Blacido CHAJ-GONZALEZ re-entered the United States illegally, his prior order of removal was reinstated, and on or about August 7, 2019, was removed and returned to Guatemala for the second time.

6. Records further show that on or about April 4, 2018, in the Tenth Judicial Circuit Court, in and for Polk County, Blacido CHAJ-GONZALEZ was convicted of the offenses of felony battery on officer, firefighter, EMT, etc. and misdemeanors two counts of lesser battery and resist/obstruction officer without violence, case number 2018CF-000455

7. Further review of the records shows that on or about March 15, 2019, in the United States District Court for the District of Arizona, Blacido CHAJ-GONZALEZ was convicted of the offense of illegal entry, case number 19-04305MJ-001-TUC-LCK.

8. Blacido CHAJ-GONZALEZ's fingerprints taken in connection with his May 22, 2023, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Blacido CHAJ-GONZALEZ.

9. A record check was performed in the Computer Linked Application Informational Management System to determine if Blacido CHAJ-GONZALEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Blacido CHAJ-GONZALEZ obtained consent from the

23-MJ-8268-WM

Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10.     Based on the foregoing, I submit that probable cause exists to believe that, on or about May 22, 2023, Blacido CHAJ-GONZALEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 23rd day of May 2023.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: Blacido CHAJ-GONZALEZ, a/k/a "Gabino Chaj-Gonzalez."

**Case No**: 23-MJ-8268-WM

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a), (b)(1)

* Max. Term of Imprisonment:   10 years' imprisonment
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 year supervised release
* Max. Fine:  $250,000 fine

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:

* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.