UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-08268-MATTHEWMAN

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BLACIDO CHAJ-GONZALEZ,
a/k/a Gabino Chaj-Gonzalez,

    Defendant.
_____:

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                MICHAEL CARUSO
                Federal Public Defender

                *s/ Scott Berry*
                Scott Berry
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 0525561
                250 South Australian Avenue, Suite 400
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                Scott_Berry@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry
