UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-08268-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BLACIDO CHAJ-GONZALEZ,
a/k/a Gabino Chaj-Gonzalez,

    Defendant.
_____:

DEFENDANT'S INVOCATION OF
RIGHTS TO SILENCE AND COUNSEL

    The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                                        Respectfully submitted,

                                        MICHAEL CARUSO
                                        Federal Public Defender

                                        *s/ Scott Berry*
                                        Scott Berry
                                        Assistant Federal Public Defender
                                        Attorney for the Defendant
                                        Florida Bar No. 0525561
                                        250 South Australian Avenue, Suite 400
                                        West Palm Beach, Florida 33401
                                        (561) 833-6288 - Telephone
                                        Scott_Berry@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry