UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80100-Cr-Smith/Maynard
8 U.S.C. § 1326(a), (b)(1)

UNITED STATES OF AMERICA

vs.

BLACIDO CHAJ-GONZALEZ,
   a/k/a "Gabino Chaj-Gonzalez,"
   a/k/a "Blasido Chaj," and
   a/k/a "Blacido Gonzalez,"

                Defendant.
_____/

FILED BY __TM__ D.C.

May 30, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

On or about May 22, 2023, in Palm Beach County, in the Southern District of Florida, the defendant,

BLACIDO CHAJ-GONZALEZ,
a/k/a "Gabino Chaj-Gonzalez,"
a/k/a "Blasido Chaj," and
a/k/a "Blacido Gonzalez,"

an alien, having previously been removed from the United States on or about April 4, 2018 and August 7, 2019, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a), (b)(1).

A TRUE BILL

_____
FOREPERSON

_____ for
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA<br>v.<br><br>BLACIDO CHAJ-GONZALEZ,<br>a/k/a "Gabino Chaj-Gonzalez,"<br>a/k/a "Blasido Chaj," and<br>a/k/a "Blacido Gonzalez,"<br>_____/<br>Defendant. | CASE NO.: _____<br><br>**CERTIFICATE OF TRIAL ATTORNEY**<br><br>**Superseding Case Information:**<br>New Defendant(s) (Yes or No) _____<br>Number of New Defendants _____<br>Total number of counts _____ |

**Court Division** (select one)
- ☐ Miami      ☐ Key West   ☐ FTP
- ☐ FTL        ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-MJ-8268-WM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of May 25, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
Robin W. Waugh
Assistant United States Attorney
FL Bar No.   0537837

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: BLACIDO CHAJ-GONZALEZ, a/k/a "Gabino Chaj-Gonzalez," "Blasido Chaj," and "Blacido Gonzalez"

Case No: _____

Count #: 1

Illegal Reentry After Removal or Deportation

Title 8, United States Code, Section 1326(a), (b)(1)

\* **Max. Term of Imprisonment:**   10 years' imprisonment
\* **Mandatory Min. Term of Imprisonment (if applicable):**
\* **Max. Supervised Release:** 3 years' supervised release
\* **Max. Fine:**   $250,000 fine

Count #:

\* **Max. Term of Imprisonment:**
\* **Mandatory Min. Term of Imprisonment (if applicable):**
\* **Max. Supervised Release:**
\* **Max. Fine:**

Count #:

\* **Max. Term of Imprisonment:**
\* **Mandatory Min. Term of Imprisonment (if applicable):**
\* **Max. Supervised Release:**
\* **Max. Fine:**

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.